UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE CORTES, <br><br> Plaintiff, <br><br> -against- <br><br> WILLIAM GOTTLIEB MANAGEMENT CO. LLC, <br><br> Defendant. | 24cv10551 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the July 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　July 10, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge